IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                         CIVIL ACTION NO. 1:23-cv-207-HSO-BWR

$1,883,673.51 U.S. CURRENCY, *et al*.                       DEFENDANT PROPERTY

## APPLICATION FOR WARRANT OF ARREST IN REM

The United States of America, by and through its United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, respectfully requests that the U.S. District Court for the Southern District of Mississippi issue a Warrant of Arrest *in rem* under Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States declares the following:

1.  On August 18, 2023, the United States filed a Verified Complaint for Forfeiture *in rem* [1] in the Southern Division of the Southern District of Mississippi seeking the forfeiture of the following assets (the "defendant property")[1]:

| Asset ID | Asset Description |
|---|---|
| 23-DEA-700699 | $575,746.00 U.S. Currency, seized by the Drug Enforcement Administration ("DEA") on January 26, 2023, from Robert Deming III, at his residence in Biloxi, Mississippi, pursuant to a federal search and seizure warrant |
| 23-DEA-700701 | $1,230,559.27 U.S. Currency, seized by the Drug Enforcement Administration ("DEA") on January 26, 2023, from Robert Deming III, at his residence in Biloxi, Mississippi, pursuant to a federal search and seizure warrant |

---

[1] Pursuant to Rule G(3)(b)(ii), the funds in the financial accounts listed as defendant properties are not included herein, as those accounts are not currently in "the government's possession, custody, or control and [are] not subject to a judicial restraining order." The warrant of arrest *in rem* for those defendant properties must be signed by the Court.

| 23-DEA-700702 | $4,040.00 U.S. Currency, seized by the Drug Enforcement Administration ("DEA") on January 26, 2023, from a vehicle registered to Robert Deming III, at his residence in Biloxi, Mississippi, pursuant to a federal search and seizure warrant |
|---|---|
| 23-DEA-700703 | $73,328.24 U.S. Currency, seized by the Drug Enforcement Administration ("DEA") on January 26, 2023, from The Candy Shop, LLC, in Ocean Springs, Mississippi, pursuant to a federal search and seizure warrant |

2. The defendant property is in the possession, custody and control of the United States, after being seized by the Drug Enforcement Administration on January 26, 2023, pursuant to a federal search and seizure warrant executed within the Southern District of Mississippi, Southern Division.

3. Rule G(3)(b)(i) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure provides that if property is subject to forfeiture in a civil forfeiture case, and the defendant property is in the United States' possession, custody or control, the clerk "must issue a warrant to arrest the property."

The United States respectfully requests that the Clerk of the Court issue a Warrant of Arrest *in rem*.

**RESPECTFULLY SUBMITTED** on the 22nd day of August 2023,

UNITED STATES OF AMERICA

DARREN J. LAMARCA
United States Attorney

By: CLAY B. BALDWIN (MSB 103478)
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4035
Email: clay.baldwin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system. Notification of such filing will be sent to all known persons with an interest in the property in this case via personal service or FedEx delivery to their last known addresses.

DATED: August 22, 2023  CLAY B. BALDWIN
Assistant United States Attorney