

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

v.          CIVIL ACTION NO. 1:23-cv-207-HSO-BWR

$1,883,673.51 U.S. CURRENCY, *et al.*          DEFENDANT PROPERTY

## WARRANT OF ARREST IN REM

TO:    The United States Secret Service and/or any other United States of America officer or employee, someone under contract with the United States of America, or someone specially appointed by the Court

WHEREAS, on August 18, 2023, the United States of America filed a Verified

Complaint for Forfeiture *in rem* [1] in the Southern Division of the Southern District of

Mississippi against the defendant property, alleging that the following defendant property:

| Asset ID | Asset Description |
|---|---|
| TBD | All funds held in Legend Trading Inc. Cryptocurrency account # 1503983881 in the name of Robert Deming with originating account 72641012 Cadence Bank/Bancorpsouth Bank, Robert L. Deming III, 2280 Sunkist Country Club Road, Biloxi, Mississippi 39532. |
| TBD | All funds held in Wells Fargo Bank Account # 8996106954, in the name of Robert L. Deming |
| TBD | All funds held in Wells Fargo Bank Account # 2487603306, in the name of Robert Deming Attorneys at Law, LLC |
| TBD | All funds held in Woodforest National Bank Account # 8135212093, in the name of DK Marine, LLC |

is subject to seizure and civil forfeiture to the United States; and

WHEREAS, the defendant property is currently in the possession, custody or control of

Legend Trading Inc., Wells Fargo Bank, and Woodforest National Bank; and

WHEREAS, the Court, having reviewed the Application for Warrant of Arrest *in Rem* [7] and the Verified Complaint for Forfeiture *in rem* [1], including the Declaration [4] of Task Force Officer Alexander W. Smith filed *under seal* as Exhibit A, finds that probable cause exists that the defendant property represents the proceeds of criminal activity and is subject to seizure and forfeiture; and

WHEREAS, in these circumstances, Rule G(3)(b)(ii) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Court to issue an Arrest Warrant *in rem* for the defendant property; and

WHEREAS, Rule G(3)(c)(i) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the Warrant of Arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this Warrant of Arrest *in rem* on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Bradley W. Rath, United States Magistrate Judge of the United States District Court for the Southern District of Mississippi, Southern Division, have caused the foregoing Warrant of Arrest *in rem* to be issued pursuant to the authority of Rule G(3)(b)(ii) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture

Actions and the applicable laws of the United States and have hereunto affixed the seal of said Court at Gulfport, Mississippi.

This, the \_\_\_23rd\_\_\_ day of August 2023.

_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____

_____

by _____

on the ___ day of _____ 2023.

                                                     _____
                                             Title: