IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                                       CIVIL NO. 1:23-cv-207-HSO-BWR

$1,883,673.51 U.S. CURRENCY, ET AL.                    DEFENDANT PROPERTY

## ORDER OF DISMISSAL

Before the Court is the United States of America's Motion [41] to Dismiss the instant civil forfeiture case. Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the United States Attorney's Office for the Southern District of Mississippi has requested that this Court dismiss this civil action seeking forfeiture of the defendant property more fully described in the Complaint for Forfeiture *in Rem* filed on August 18, 2023 [1];

WHEREAS the parties have reached a global agreement through criminal case *United States of America v. Robert Leon Deming, III*, 1:23-cr-108-TBM-RPM;

WHEREAS there is no further need to continue with this civil forfeiture action; therefore;

IT IS HEREBY ORDERED that the Restraining Order [26] against the IOLTA Account, that is, Wells Fargo Bank Account # 2487603298, be lifted and the funds released to Robert Deming Attorneys at Law without further delay;

IT IS FURTHER ORDERED that the Restraining Order [19] against 949 Caroline Drive, Biloxi, MS 39532 be lifted; and

IT IS FURTHER ORDERED that this civil action be dismissed without prejudice.

SO ORDERED, ADJUDGED, AND DECREED this 28th day of June, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE