IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | Civil No. 1:23-cv-207-HSO-BWR |
| $1,883,673.51 IN U.S. CURRENCY, 946 CAROLINE DRIVE, BILOXI, MS, ALL FUNDS IN LEGEND TRADING CURRENCY ACCOUNT # 1503983881, ALL FUNDS IN WELLS FARGO BANK ACCOUNT # 2487603306, ALL FUNDS IN WOODFOREST NATIONAL BANK ACCOUNT # 8135212093, and ALL FUNDS IN WELLS FARGO ACCOUNT # 8996106954 | **DEFENDANTS** |

**FINAL JUDGMENT**

For the reasons given in the Order granting the Motion [41] to Dismiss, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of June, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE